UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

\*\*\*\*\*\*

UNITED STATES

VS.

JUDE DANAHY
- Defendant

Case Number: <u>8:14-cr-333-T-33EAJ</u>

### MOTION TO BE APPOINTED COUNSEL

Comes now deFendant, Jude Danahy, humbly requesting the Court to grant his motion requesting the appointment of counsel in the above styled case. DeFendant avers that his previously retained attorney, The COHEN LAW GROUP, has indicated an inability or unwillingness to continue representation of DeFendant, and DeFendant has insufficient resources with which to retain replacement counsel. DeFendant does aver that he has a constitutional right to Fair and diligent representation in all criminal proceedings and that his inability to afford replacement counsel combined with the length and severity of sentence constitute a liberty interest, and submits the attached MEMORANDUM OF LAW and attached DECLARATION in support of this Motion.

X _____

Jude Danahy (signed this 13 day of April, 2015)

Jude Danahy

#23629055

Federal Correctional Institution 2

P.O. Box 1500

Butner, NC 27509

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
MOTION TO BE APPOINTED COUNSEL

---

The DeFendant hereby informs the Court oF the Following Facts oF Law in support oF his motion. DeFendant does aver that pursuant to the 5th Ammendment and the 14th Ammendment to the United States Constitution, the appointment oF counsel in all criminal proceedings is assured as part of Due Process. The 14th Ammendment of the U. S. constitution does garruntee the right to assistance and access to counsel; the United States Supreme Court has upheld this right and its importance regarding matters involving a liberty interest.

X _____
    Jude Danahy   #23629055    4/13/15